KATHLEEN A. LEAVITT  
CHAPTER 13 STANDING TRUSTEE  
201 Las Vegas Blvd South  
Suite 200  
Las Vegas, NV 89101  
(702) 853-0700  

E-FILED:05/11/2010

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

IN RE:  
MICHAEL B CALLORINA  
NANETTE P CALLORINA  

CASE NO: BKS-10-14677-BAM  

CHAPTER 13  

Hearing Date:   June 17, 2010  
Hearing Time:   1:30 pm  

HAINES & KRIEGER L.L.C.  
Attorney for the Debtor  

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN 1  
COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of Plan and hereby represents the following:

The Debtor(s) filed for Chapter 13 relief on 03/22/2010. The 341(a) Meeting of Creditors held on May 11, 2010 at 12:30 pm was:

- Concluded

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Other: PROVIDE STATUS OF LOAN MODIFICATION

- The Debtor(s) has failed to cooperate with the Trustee [11 USC § 521(a)(3)] as the following documents were not provid

    - All tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition. Specifically, tax years 2009

    - Bank Statements for the following periods: WELLS FARGO #8921: 2/1 - 2/28/10.

    - Verification of AFFIDAVIT FROM FATHER RE: VEHICLE OWNERSHIP.

    - Amendment to Plan: NO TAX YEARS LISTED.

    - Amendment to Schedule I. Current Income of Individual Debtor(s): LIST MR'S 2ND EMPLOYER AND INCOME; REMOVE MRS INCOME FROM PART TIME JOB.

    - Affidavit and Disclosure of Domestic Support Obligation must be provided by the Debtor at the Confirmation Hearing to enable the Trustee to perform her duty under 11 USC §1302(d) and §704(a)(10) and (c) to investigate the financial affairs of the Debtor.

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00.

Dated: 05/11/2010

/s/Kathleen A. Leavitt  
Kathleen A. Leavitt  
Chapter 13 Trustee