George Haines Esq.  E-FILED: May 18, 2010
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Michael Callorina and Nanette Callorina

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-10-14677-BAM |
| --- | --- |
| | ) Chapter 13 |
| **Michael Callorina and Nanette Callorina**, | ) |
| Debtor. | ) |

## DECLARATION OF GEORGE HAINES, ESQ. REGARDING RESAONABLENESS OF FEES ON MOTION TO EMPLOY HAINES & KRIEGER LOAN MODIFICATIONS, LLC AND TO APPROVE ADMINISTRATIVE EXPENSES FOR LOAN MODIFICATION SERVICES

STATE OF NEVADA        )
                       ) ss.
COUNTY OF CLARK        )

**GEORGE HAINES, ESQ.** declares as follows:

1. That I am the counsel for the Debtors in the above Chapter 13 matter.

2. I am also the Qualified Employee (QE) of Haines & Krieger Loan Modifications, LLC.

2. That I make this Declaration of my own personal knowledge, and I am competent to testify as to the matters herein.

- 1 -

- 2 -

3. Based on my understanding of present market conditions for loan modification services, the fees requested by Haines & Krieger Loan Modifications, LLC in the amount of $3,500 are reasonable.

DATED: May 18, 2010

/s/George Haines, Esq._____
**George Haines, Esq.**
**Attorney For the Debtor**