

Entered on Docket
May 20, 2010

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**
_____

George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Michael Callorina and Nanette Callorina

E-FILED: May 18, 2010

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-10-14677-BAM |
|---|---|
| | ) Chapter 13 |
| **Michael Callorina and Nanette Callorina**, | ) Hearing Date:  N/A |
| | ) Hearing Time:  N/A |
| Debtor(s). | ) |

### ORDER ON MOTION TO EMPLOY HAINES & KRIEGER LOAN MODIFICATIONS, LLC AND TO APPROVE ADMINISTRATIVE EXPENSES FOR LOAN MODIFICATION SERVICES

THE ABOVE Motion having been filed and timely notice provided to all interested parties pursuant to LR 9014.1 (negative notice procedures):

**IT IS ORDERED THAT** the Court hereby approves the employment of Haines & Krieger Loan Modifications, LLC to be paid as an administrative expense;

- 1 -

**IT IS FURTHER ORDERED THAT** the Chapter 13 trustee shall immediately begin disbursements from funds paid by the Debtors to Haines & Krieger Loan Modifications, LLC's in the amount of $3,500;

**IT IS FURTHER ORDERED THAT** the Chapter 13 Trustee shall be entitled to administrative fees pursuant to 11 U.S.C. Section 503(b) for funds disbursed pursuant to this Order;

DATED May 18, 2010

HAINES & KRIEGER, L.L.C.

By:    __/s/George Haines, Esq.
George Haines, Esq.
Attorney for Debtor(s)

### ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a Chapter 9, 11 or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

_X_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###